# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-2853
L.T. Case No. 16-2009-CF-006512-A

———————————————

PATRICK L. BURWELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

3.800 Appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Patrick L. Burwell, Carrabelle, pro se.

No Appearance for Appellee.

November 13, 2025

PER CURIAM.

AFFIRMED. *See Wainwright v. State*, 411 So. 3d 392, 398 (Fla. 2025); *Capra v. State*, 403 So. 3d 1063, 1064 (Fla. 5th DCA 2025).

MAKAR, LAMBERT and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____